# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY PINDER, | ) | |
| Plaintiff, | ) | C.A. No. 18-115 Erie |
| | ) | |
| vs. | ) | **District Judge Susan Paradise Baxter** |
| | ) | |
| A.J. KENNELLEY, et al., | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 11th day of March, 2019,

For the reasons set forth in this Court's Memorandum Opinion issued on this date, IT IS HEREBY ORDERED that the motion to dismiss filed by Defendants Hermitage House, Overholt, Hepak, and Skeba [ECF No. 2] is GRANTED in part and DENIED in part, as follows:

1. Defendants' motion is GRANTED as to: Plaintiff's claims of negligent hiring against Defendants Hermitage House and Overholt; Plaintiff's Eighth Amendment claims against the same Defendants insofar as they relate to any allegations of sexual harassment; and Plaintiff's claim of civil conspiracy against all Defendants. All such claims are DISMISSED with prejudice

2. Defendants' motion is DENIED as to Plaintiff's claims of negligent retention and supervision against Defendants Hermitage House and Overholt; Plaintiff's Eighth Amendment claims against the same Defendants insofar as they relate to the sexual assault perpetrated by Defendant Kennelley; and Plaintiff's substantive due process claims against the same Defendants.

IT IS FURTHER ORDER that, in accordance with the foregoing, Defendants Hepak and Skeba are DISMISSED, and the Clerk is directed to terminate said Defendants from this case.

_Susan Paradise Baxter_
SUSAN PARADISE BAXTER
United States District Judge